

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Anna Hulett, Appellant

No. 06-14-00033-CV        v.

Kenneth Wayne Kuehn, Appellee

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 81050). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Anna Hulett, pay all costs of this appeal.

RENDERED JANUARY 28, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk